[Cite as *State ex rel. Hussein v. Warden, Mansfield Corr. Inst.*, 2026-Ohio-2454.]

| STATE OF OHIO | ) | IN THE COURT OF APPEALS |
| | )ss: | NINTH JUDICIAL DISTRICT |
| COUNTY OF LORAIN | ) | |

SALEH M. HUSSEIN

    Relator

    v.

WARDEN, MANSFIELD
CORRECTIONAL INSTITUTION (ODRC
MANSFIELD CI)

    Respondent

C.A. No.    26CA000049

ORIGINAL ACTION IN HABEAS
CORPUS

Dated: June 29, 2026

PER CURIAM.

{¶1}    Relator, Saleh Hussein, has petitioned this Court for a writ of habeas corpus seeking an order directing Respondent, the Warden of Mansfield Correctional Institution, to release him from custody. For the following reasons, the petition is dismissed.

{¶2}    R.C. 2725.02 authorizes courts of appeals to grant writs of habeas corpus. Pursuant to R.C. 2725.03, however, only courts of the county "in which the institution is located [have] jurisdiction to issue or determine a writ of habeas corpus for his production or discharge." The Supreme Court has "strictly construed this statutory language . . . ." *State ex rel. Robinson v. Fender*, 2022-Ohio-3701, ¶ 5. "When a prisoner has been transferred to a prison outside the territorial jurisdiction of the court, that court loses jurisdiction to consider the petition for writ of habeas corpus." *Plaza v. Black*, 2023-Ohio-1787, ¶ 4 (9th Dist.).

{¶3} A search of the Ohio Department of Rehabilitation and Correction's "Offender Search" webpage reveals that Mr. Hussein is currently incarcerated at the Mansfield Correctional Institution. *See Donald Sullivan, L.L.C. v. Reynolds*, 2026-Ohio-596, ¶ 8 (court may take judicial notice of the "Offender Search" webpage). Indeed, he has filed his petition against the warden of that institution. Mansfield Correctional Institution is located in Richland County. Thus, Mr. Hussein is no longer incarcerated in Lorain County in the territorial jurisdiction of the Lorain County Court of Appeals. Because he has been transferred to a prison outside of the territorial jurisdiction of the Lorain County Court of Appeals, this Court must dismiss his petition for lack of jurisdiction. *Robinson* at ¶ 6.

{¶4} The case is dismissed. Costs of this action are taxed to Mr. Hussein. The clerk of courts is hereby directed to serve upon all parties not in default notice of this judgment and its date of entry upon the journal. *See* Civ.R. 58(B).

 

JILL FLAGG LANZINGER
FOR THE COURT

SUTTON, J.
STEVENSON, J.
<u>CONCUR.</u>

<u>APPEARANCES:</u>

SALEH M. HUSSEIN, Pro Se, Relator.